IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FREDERICK BANKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-11-151-C |
| ) | |
| WARDEN, FTC, OKLAHOMA; ) | |
| FEDERAL BUREAU OF PRISONS; ) | |
| UNITED STATES PAROLE ) | |
| COMMISSION, ) | |
| ) | |
| Respondents. ) | |

ORDER ADOPTING REPORTS AND RECOMMENDATIONS

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered two Reports and Recommendations on June 23, 2011, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in their entirety, the Reports and Recommendations of the Magistrate Judge, and for the reasons announced therein, this action as dismissed with prejudice against all Defendants. A judgment will enter accordingly.

IT IS SO ORDERED this 13th day of July, 2011.

ROBIN J. CAUTHRON
United States District Judge